UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL WILSON | CIVIL ACTION |
| V. | NO. 11-1560 |
| CARGILL INCORPORATED | SECTION: "G"(4) |

## ORDER OF DISMISSAL

Having been informed that the claims in this matter have been amicably resolved;

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, on this  20th  day of July, 2012.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE