MINUTE ENTRY
ROBY, M. J.
July 19, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| MICHAEL WILSON | CIVIL ACTION |
|---|---|
| VERSUS | NO: 11-1560 |
| CARGILL INCORPORATED | SECTION: "G" (4) |

A Settlement Conference was held on this date. Participating were: Donald George D'Aunoy, Jr. and Bryan August Pfleeger representing the plaintiff, Michael Wilson the plaintiff, George John Nalley, Jr. and Rachel A. Smith representing the defendant and third party plaintiff Cargill, Inc., Molly Thornton on behalf Cargill, and Jeffrey Scott Loeb and Hanna Mary Verlander representing the third party defendant B&K Contracting, L.L.C. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reporter, Karen Anderson Ibos, (504) 589-7776.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Judge Nannette Jolivette Brown

MJSTAR: 02:48